AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

MARILYN KUNELIUS V. TOWN OF STOW

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-11697 GAO

TO: (Name and address of Defendant)

MR. GRAIG A. MACDONNELL
TRUST FOR PUBLIC LAND
33 UNION STREET, 4TH FLOOR
BOSTON, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF
MICHAEL C. McLAUGHLIN
ONE BEACON STREET
33rd FLOOR
BOSTON, MA 02108

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

AUG 16 2005

DATE

060/9676



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

August 23, 2005

I hereby certify and return that on 8/19/2005 at 8:40AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Patty Murray, agent at the time of service for Craig A MacDonnell, Mr., 4th Floor, 33 Union Street, Trust For Public Land Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff  George Slyva                                          Deputy Sheriff