AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

**SUMMONS IN A CIVIL ACTION**

MARILYN KUNELIUS   V.   TOWN OF STOW

CASE NUMBER:

05 - 11697 GAO

TO: (Name and address of Defendant)

TOWN OF STOW
STOW TOWN BUILDING
380 GREAT ROAD
STOW, MA 01775

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF
MICHAEL C. McLAUGHLIN
ONE BEACON STREET
33rd FLOOR
BOSTON, MA 02108

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                         AUG 16 2005

CLERK _____              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| DATE |



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

August 26, 2005

I hereby certify and return that on 8/25/2005 at 1:36PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to LINDA HATHAWAY, agent, person in charge at the time of service for TOWN OF STOW, at , STOW TOWN BUILDING,  STOW, MA 01775. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($14.40) Total Charges $54.90

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                   Date                      *Signature of Server*

                                _____
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.