UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11697GAO

MARILYN KUNELIUS

   Plaintiff,

v.

TOWN OF STOW, separately, A
PARTNERSHIP OF UNKNOWN NAME
BETWEEN TOWN OF STOW and the TRUST
FOR PUBLIC LAND, THE TRUST FOR
PUBLIC LAND separately and CRAIG A.
MACDONNELL, in his individual capacity

   Defendants

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendants, Town of Stow, in the above-captioned matter.

                        Respectfully submitted,
                        The Defendants,
                        The Town of Stow,
                        By its attorneys,

                        /s/ Deborah I. Ecker
                        Deborah I. Ecker, BBO# 554623
                        BRODY, HARDOON, PERKINS & KESTEN, LLP
                        One Exeter Plaza
                        Boston, MA 02116
                        (617) 880-7100

DATED: September 26, 2005