UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11697GAO

MARILYN KUNELIUS

   Plaintiff,

v.

TOWN OF STOW, separately, A PARTNERSHIP OF UNKNOWN NAME BETWEEN TOWN OF STOW and the TRUST FOR PUBLIC LAND, THE TRUST FOR PUBLIC LAND separately and CRAIG A. MACDONNELL, in his individual capacity

   Defendants

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendants, Town of Stow, in the above-captioned matter.

                        Respectfully submitted,
                        The Defendants,
                        The Town of Stow,
                        By its attorneys,


                        /s/ Leonard H. Kesten
                        Leonard H. Kesten, BBO# 542042
                        BRODY, HARDOON, PERKINS & KESTEN, LLP
                        One Exeter Plaza
                        Boston, MA 02116
                        (617) 880-7100

DATED: September 26, 2005