UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN KUNELIUS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-11697GAO |
| v. ) | |
| ) | |
| TOWN OF STOW separately, A PARTNERSHIP ) | |
| OF UNKNOWN NAME BETWEEN TOWN ) | |
| OF STOW and THE TRUST FOR ) | |
| PUBLIC LAND, THE TRUST FOR ) | |
| PUBLIC LAND separately and ) | |
| CRAIG A. MACDONNELL, in his ) | |
| individual capacity ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter our appearance as counsel for defendant Craig A. MacDonnell in the above-captioned action.

>CRAIG A. MACDONNELL
>By his attorneys,
>
>/s/ Paula M. McManus
>Peter E. Gelhaar (BBO No. 188310)
>James B. Conroy (BBO No. 96315)
>Paula M. McManus (BBO No. 648029)
>Donnelly, Conroy & Gelhaar, LLP
>One Beacon Street
>Boston, MA 02108
>(617) 720-2880

Dated: September 26, 2005