UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARILYN KUNELIUS,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF STOW separately, A PARTNERSHIP OF UNKNOWN NAME BETWEEN TOWN OF STOW and THE TRUST FOR PUBLIC LAND, THE TRUST FOR PUBLIC LAND separately and CRAIG A. MACDONNELL, in his individual capacity<br><br>Defendants. | ))))))))))))))) | Civil Action No. 05-11697GAO |

### NOTICE OF APPEARANCE

Please enter our appearance as counsel for defendant Craig A. MacDonnell in the above-captioned action.

CRAIG A. MACDONNELL
By his attorneys,

/s/ James B. Conroy
Peter E. Gelhaar (BBO No. 188310)
James B. Conroy (BBO No. 96315)
Paula M. McManus (BBO No. 648029)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
Boston, MA 02108
(617) 720-2880

Dated: September 28, 2005