UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARILYN KUNELIUS,

    Plaintiff,

v.

TOWN OF STOW, et al.,

    Defendants.

CIVIL ACTION NO. 05-11697-GAO

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, Richard A. Oetheimer from the firm of Goodwin Procter LLP hereby files this Notice of Appearance in the above-captioned matter on behalf of defendant The Trust for Public Land.

Respectfully submitted,

THE TRUST FOR PUBLIC LAND

By its attorneys,

/s/ Richard A. Oetheimer_____
Richard A. Oetheimer (BBO # 377665)
Dahlia S. Fetouh (BBO # 651196)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
(617) 570-1000

Dated: September 29, 2005

LIBA/1588067.1