UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARILYN KUNELIUS,

       Plaintiff,

  v.

TOWN OF STOW, et al.,

       Defendants.

CIVIL ACTION NO. 05-11697-GAO

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, Dahlia S. Fetouh from the firm of Goodwin Procter LLP

hereby files this Notice of Appearance in the above-captioned matter on behalf of defendant The

Trust for Public Land.

                             Respectfully submitted,

                             THE TRUST FOR PUBLIC LAND

                             By its attorneys,

                             /s/ Dahlia S. Fetouh_____
                             Richard A. Oetheimer (BBO # 377665)
                             Dahlia S. Fetouh (BBO # 651196)
                             GOODWIN PROCTER LLP
                             Exchange Place
                             Boston, Massachusetts 02109
                             (617) 570-1000

Dated:  September 29, 2005

LIBA/1588070.1