UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARILYN KUNELIUS,

    Plaintiff,

v.

TOWN OF STOW, et al.,

    Defendants.

CIVIL ACTION NO. 05-11697-GAO

**THE TRUST FOR PUBLIC LAND'S**
**CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3 , defendant The Trust for Public Land ("TPL"), by its undersigned counsel, states as follows:

    <u>Parent Corporation</u>:  None

    <u>Publicly-Held Companies Owning More Than 10% of The Trust for Public Land</u>:  None

    Respectfully submitted,

    THE TRUST FOR PUBLIC LAND

    By its attorneys,

    /s/ Dahlia S. Fetouh
    Richard A. Oetheimer (BBO # 377665)
    Dahlia S. Fetouh (BBO # 651196)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, Massachusetts 02109
    (617) 570-1000

Dated:  September 29, 2005

LIBA/1586600.1