UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN KUNELIUS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF STOW separately, A PARTNERSHIP )<br>OF UNKNOWN NAME BETWEEN TOWN )<br>OF STOW and THE TRUST FOR )<br>PUBLIC LAND, THE TRUST FOR )<br>PUBLIC LAND separately and )<br>CRAIG A. MACDONNELL, in his )<br>individual capacity )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11697GAO |

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel for defendant Craig A. MacDonnell in the above-captioned action.

CRAIG A. MACDONNELL
By his attorneys,

/s/ Peter E. Gelhaar
Peter E. Gelhaar (BBO No. 188310)
James B. Conroy (BBO No. 96315)
Paula M. McManus (BBO No. 648029)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
Boston, MA 02108
(617) 720-2880

Dated: September 30, 2005