UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN KUNELIUS,<br><br>    Plaintiff,<br><br>    v.<br><br>TOWN OF STOW, et al.<br><br>    Defendants. | Civil Action No. 05-11697-GAO |

## LOCAL RULE 16.1(D)(3) CERTIFICATIONS OF THE TRUST FOR PUBLIC LAND AND ITS COUNSEL

Pursuant to Local Rule 16.1(D)(3), defendant The Trust for Public Land and its counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| THE TRUST FOR PUBLIC LAND | ATTORNEYS FOR THE TRUST FOR PUBLIC LAND |
|---|---|
| /s/ Dorothy Nelson Stookey<br>Dorothy Nelson Stookey<br>Regional Counsel<br>The Trust for Public Land<br>33 Union Street<br>Boston, MA 02108<br>(617) 367-6200 | /s/ Dahlia S. Fetouh<br>Richard A. Oetheimer (BBO # 377665)<br>Dahlia S. Fetouh (BBO # 651196)<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109<br>(617) 570-1000 |

Dated:  November 9, 2005

LIBA/1644519.1