UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN KUNELIUS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOWN OF STOW, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 05-11697GAO |

## DEFENDANT CRAIG A. MACDONNELL'S RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned, counsel for defendant Craig A. MacDonnell ("defendant") and defendant, hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CRAIG A. MACDONNELL
By his attorneys,

/s/ James B. Conroy                                   /s/ Craig A. MacDonnell
Peter E. Gelhaar (BBO No. 188310)        Craig A. MacDonnell
James B. Conroy (BBO No. 96315)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
Boston, MA 02108
(617) 720-2880

Dated: November 9, 2005