UNITED STATES DISTRICT COURT
(DISTRICT OF MASSACHUSETTS)

| | |
|---|---|
| MARILYN KUNELIUS,<br>      PLAINTIFF<br><br>V.<br><br>TOWN OF STOW separately, A<br>PARTNERSHIP OF UNKNOWN NAME<br>BETWEEN TOWN OF STOW and THE<br>TRUST FOR PUBLIC LAND, THE<br>TRUST FOR PUBLIC LAND separately<br>and CRAIG A. MACDONNELL, in his<br>individual capacity,<br>      DEFENDANTS. | CIVIL ACTION NO. 05-11697-GAO |

**PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), the undersigned, counsel for the Plaintiff Mrs. Marilyn Kunelius and the Plaintiff Mrs. Marilyn Kunelius, hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


Marilyn Kunelius,
By Her Attorney

**LAW OFFICES OF MICHAEL C. MCLAUGHLIN**

/s/ Michael C. McLaughlin, Esq.                                   /s/ Marilyn Kunelius
(BBO# 367350)                                                              Marilyn Kunelius
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 227-2275

Dated: November 10, 2005