UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN KUNELIUS,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF STOW, et al.<br><br>    Defendants. | Civil Action No. 05-11697-GAO |

## LOCAL RULE 16.1(D)(3) CERTIFICATIONS OF
## THE TRUST FOR PUBLIC LAND AND ITS COUNSEL

Pursuant to Local Rule 16.1(D)(3), defendant The Trust for Public Land and its counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| THE TRUST FOR PUBLIC LAND | ATTORNEYS FOR THE TRUST FOR PUBLIC LAND |
|---|---|
| /s/ Dorothy Nelson Stookey<br>Dorothy Nelson Stookey<br>Regional Counsel<br>The Trust for Public Land<br>33 Union Street<br>Boston, MA 02108<br>(617) 367-6200 | /s/ Dahlia S. Fetouh<br>Richard A. Oetheimer (BBO # 377665)<br>Dahlia S. Fetouh (BBO # 651196)<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109<br>(617) 570-1000 |

Dated: October 4, 2006

LIBA/1734675.1