UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN KUNELIUS<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF STOW separately, A PARTNERSHIP OF UNKNOWN NAME BETWEEN TOWN OF STOW and THE TRUST FOR PUBLIC LAND, THE TRUST FOR PUBLIC LAND separately and CRAIG A. MACDONNELL, in his individual capacity<br><br>Defendants. | Civil Action No. 05-11697GAO |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance as attorney for defendant, Craig A. MacDonnell, Paula M. McManus, in the above-captioned matter. Peter E. Gelhaar, Esq. and James B. Conroy, Esq., of Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, Boston, MA 02108, should remain as attorneys of record in this matter.

Respectfully submitted,

CRAIG A. MACDONNELL

By his attorneys,

/s/ Paula M. McManus
Paula M. McManus (BBO No. 648029)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
Boston, MA 02108
(617) 720-2880

Dated: November 14, 2006

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants.

              /s/ Paula M. McManus