UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN KUNELIUS,<br><br>        Plaintiff,<br><br>v.<br><br>TOWN OF STOW, et al.,<br><br>        Defendants. | CIVIL ACTION NO. 05-11697-GAO |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, Patricia M. Murphy from the firm of Goodwin Procter LLP hereby files this Notice of Appearance in the above-captioned matter on behalf of defendant The Trust for Public Land.

                Respectfully submitted,

                THE TRUST FOR PUBLIC LAND

                By its attorneys,

                /s/ Patricia M. Murphy
                Richard A. Oetheimer (BBO # 377665)
                Dahlia S. Fetouh (BBO # 651196)
                Patricia M. Murphy (BBO # 665056)
                GOODWIN PROCTER LLP
                Exchange Place
                Boston, Massachusetts 02109
                (617) 570-1000

Dated:  February 28, 2007

## **CERTIFICATE OF SERVICE**

    I, Patricia M. Murphy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 28, 2007.

                                                    /s/ Patricia M. Murphy_____
                                                    Patricia M. Murphy

LIBA/1768292.1