UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARILYN KUNELIUS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF STOW, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11697-GAO |

NOTICE OF APPEARANCE

Please enter my appearance on behalf of non-party Wainwright Bank and Trust Company in connection with the above-captioned case.

Respectfully submitted,

/s/ Daniel J. Cloherty
Daniel J. Cloherty
(BBO No. 565772)
Dwyer & Collora LLP
600 Atlantic Ave.
Boston, MA 02210-2211
(617) 371-1000
FAX (617) 371-1037

DATED: June 7, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 7, 2007.

/s/Daniel J. Cloherty