Michael F. Hill, CPA
25 Orchard Lane
Wayland, MA 01778-1907
(508) 361-6738
michaelfhillcpa@comcast.net

Supplemental Expert Report

    I considered in forming my expert report for Mrs. Kunelius (1) the Purchase and Sale Agreement between Mrs. Kunelius and Cohousing Resources, Inc.; (2) Geosphere Environmental Management, Inc.'s Letter Report (the text portion of the Letter Report only); and (3) tax returns of Ms. Kunelius. My hourly rate is $250 and the compensation for my expert report $1,300. I have not authored any articles and/or publications in the part ten years. In addition, I did not testified as an expert at trial or by deposition in the past four years.

Dated: June 7, 2007

_____
Michael F. Hill, CPA