UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARILYN KUNELIUS,

              Plaintiff,

    v.

TOWN OF STOW, et al.,

              Defendants.

          CIVIL ACTION NO. 05-11697-GAO

## NOTICE OF APPEARANCE

        Pursuant to Local Rule 83.5.2, Dahlia S. Fetouh from the firm of Goodwin Procter LLP

hereby files this Notice of Appearance in the above-captioned matter on behalf of defendant

Craig A. MacDonnell.

          Respectfully submitted,

          CRAIG A. MACDONNELL

          By his attorneys,

          /s/ Dahlia S. Fetouh
          Richard A. Oetheimer (BBO # 377665)
          Dahlia S. Fetouh (BBO # 651196)
          Patricia M. Murphy (BBO # 665056)
          GOODWIN PROCTER LLP
          Exchange Place
          Boston, Massachusetts 02109
          (617) 570-1000

Dated: July 17, 2007

## <u>CERTIFICATE OF SERVICE</u>

     I, Dahlia S. Fetouh, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 17, 2007.

/s/ Dahlia S. Fetouh_____

Dahlia S. Fetouh

LIBA/1808318.1