UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN KUNELIUS,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF STOW, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 05-11697-GAO |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, Patricia M. Murphy from the firm of Goodwin Procter LLP hereby files this Notice of Appearance in the above-captioned matter on behalf of defendant Craig A. MacDonnell.

    Respectfully submitted,

    CRAIG A. MACDONNELL

    By his attorneys,

    /s/ Patricia M. Murphy_____
    Richard A. Oetheimer (BBO # 377665)
    Dahlia S. Fetouh (BBO # 651196)
    Patricia M. Murphy (BBO # 665056)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, Massachusetts 02109
    (617) 570-1000

Dated: July 17, 2007

## CERTIFICATE OF SERVICE

      I, Patricia M. Murphy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 17, 2007.

                                                         /s/ Patricia M. Murphy
                                                         Patricia M. Murphy

LIBA/1808319.1