UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN KUNELIUS,<br><br>      Plaintiff,<br><br>      v.<br><br>TOWN OF STOW, et al.,<br><br>      Defendants. | CIVIL ACTION NO. 05-11697-GAO |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.5.2(c), the law firm of Donnelly, Conroy & Gelhaar, LLP, and attorneys James B. Conroy, Peter E. Gelhaar, and Jill Brenner Meixel, hereby withdraw as counsel for defendant Craig A. MacDonnell in the above-captioned matter. Successor counsel for Mr. MacDonnell, the law firm of Goodwin Procter LLP and attorneys Richard A. Oetheimer, Dahlia S. Fetouh, and Patricia M. Murphy have filed notices of appearance on behalf of Mr. MacDonnell.

Respectfully submitted,

CRAIG A. MACDONNELL

By his attorneys,

/s/ James B. Conroy
James B. Conroy (BBO # 096315)
Peter E. Gelhaar (BBO # 188310)
Jill Brenner Meixel (BBO # 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Dated: July 17, 2007

## CERTIFICATE OF SERVICE

      I, Patricia M. Murphy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 17, 2007.

                                                                 /s/ Patricia M. Murphy
                                                                 Patricia M. Murphy

LIBA/1809279.1