UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11697GAO

MARILYN KUNELIUS

      Plaintiff,

      v.

TOWN OF STOW, separately, A
PARTNERSHIP OF UNKNOWN NAME
BETWEEN TOWN OF STOW and the TRUST
FOR PUBLIC LAND, THE TRUST FOR
PUBLIC LAND separately and CRAIG A.
MACDONNELL, in his individual capacity

      Defendants

## NOTICE OF APPEARANCE

      Please enter my appearance on behalf of the Defendants, Town of Stow, in the

above-captioned matter.

                    Respectfully submitted,
                    The Defendants,
                    The Town of Stow,
                    By its attorneys,

                    /s/ Jocelyn M. Sedney
                    Jocelyn M. Sedney, BBO# 552115
                    BRODY, HARDOON, PERKINS & KESTEN, LLP
                    One Exeter Plaza
                    Boston, MA 02116
                    (617) 880-7100

DATED: August 21, 2007