UNITED STATES DISTRICT COURT
(DISTRICT OF MASSACHUSETTS)

CIVIL ACTION NO. 05-11697-GAO

MARILYN KUNELIUS,
        PLAINTIFF,

V.

TOWN OF STOW separately, A PARTNERSHIP OF UNKNOWN NAME BETWEEN TOWN OF STOW and THE TRUST FOR PUBLIC LAND, THE TRUST FOR PUBLIC LAND separately and CRAIG A. MACDONNELL, in his individual capacity,
        DEFENDANTS.

**PLAINTIFF'S MEMORANDUM
IN SUPPORT OF SUMMARY JUDGMENT MOTIONS
EXHIBITS LIST**

| **Exhibit** | **Document description** |
|---|---|
| A | MacDonnell deposition |
| B | 2/17/03 email from Ross Perry, KUN306 |
| C | 2/04/03 email from Ross Perry, KUN313-14 |
| D | Kachajian deposition |
| E | Kunelius deposition, Vol. I |
| F | Boothroyd deposition |
| G | Affidavit of Kunelius |
| H | Affidavit of Kachajian |
| I | Affidavit of Boothroyd |
| J | 3/19/03 letter from Daniel Calado, a Real Estate Appraiser to TPL, TPL-KUN01317-1318 |
| K | TPL 30(b)(6) deposition (Stookey), Vol. I |
| L | Kunelius deposition, Vol. II |
| M | TPL Project Fact Sheet, TPL-KUN01124-1138 |
| N | Handwritten notes, TPL-KUN01260-1262 |

| Exhibit | Document description |
|---|---|
| O | Stow Community Preservation Committee 2/10/03 Meeting Minutes, KUN038-41 |
| P | Case of Kelly v. Marx, 428 Mass. 877 (1999), TPL-KUN 01609-1612 |
| Q | 1/16/03 email from Serena Furman of FORA to Chris LaPointe, TPL-KUN00181 |
| R | Handwritten notes, TPL-KUN01167 |
| S | 1/09/03 email from Serena Furman of FORA to MacDonnell, TPL-KUN01231 |
| T | Town Meetings Remarks, TPL-KUN01095-1103 |
| U | Handwritten notes, TPL-KUN01255 |
| V | Memorandum from MacDonnell to Ann Cole, TPL-KUN01144-46 |
| W | 3/27/03 Confidential Memorandum from FORA to MacDonnell, TPL-KUN02078 |
| X | 3/19/03 email from MacDonnell to Serena Furman of FORA, TPL-KUN03075 |
| Y | 3/30/03 email from Ross Perry with the Application to the DHCD, KUN0336-411 |
| Z | 4/1/03 letter from MacDonnell to the DHCD |
| AA | 2003 Annual Report of TPL, WB00329-347 |
| BB | TPL 30(b)(6) deposition (Stookey), Vol. II |
| CC | Sommerlad deposition |
| DD | *The Beacon Villager* article entitled "FORA still aces in the hole" |
| EE | 7/23/ 03 email from Peter Christianson to FORA, Furman0087-89 |
| FF | 9/30/03 email from Ross Perry to Peter Christianson to FOR A, TPL-KUN01621 |
| GG | 6/30/03 email from Erin Rowland to LaPointe, TPL-KUN03677 |
| HH | 8/19/03 letter from FORA to MacDonnell, TPL-KUN01681-82 |
| II | 9/30/03 letter from MacDonnell to Peter A. Kachajian, TPL-KUN01671 |
| JJ | Furman deposition, Vol. I |
| KK | 4/15/03 email from MacDonnell to Ross Perry, TPL-KUN03366 |
| LL | 4/17/03 email from MacDonnell to Ross Perry, KUN421-422 |
| MM | 4/15/03 draft letter from Stow to TPL re: technical advice, TPL-KUN02225 |
| NN | 4/22/03 letter from Ross Perry to MacDonnell, KUN420 |

| Exhibit | Document description |
|---|---|
| OO | 4/25/03 email from Ross Perry to MacDonnell, TPL-KUN02666 |
| PP | 4/26/03 email from MacDonnell to Chris LaPoint, TPL-KUN003407 |
| QQ | 4/28/03 email from MacDonnell to Ross Perry, TPL-KUN03428 |
| RR | Ross Perry deposition |
| SS | Norris deposition |
| TT | 8/27/03 Valerie Talmage to Chris LaPointe, TPL-KUN02765 |
| UU | Handwritten notes, TPL-KUN01710 |
| VV | 7/17/03 email from MaDonnell to Chris LaPointe, TPL-KUN03682 |
| WW | 7/31/03 email from MacDonnell to Michael Labosky of FORA, TPL-KUN03668 |
| XX | 4/10/03 email from Elizabeth Adams to Chris LaPointe, TPL-KUN03349 |
| YY | 5/07/03 email from MacDonnell to Bob Wilber, TPL-KUN02883-86 |
| ZZ | 3/10/03 email from MacDonnell to Karen Sommerlad of FORA, TPL-KUN02890-94 |
| AAA | Phone tree, TPL-KUN00424 |
| BBB | 5/28/03 letter from Chris LaPointe to Karen Sommerlad of FORA, TPL-KUN02727 |
| CCC | 2/26/03 email from MacDonnell to Ross Perry, TPL-KUN02801 |
| DDD | 2/25/03 email from Ross Perry to MacDonnell, TPL-KUN02794-98 |
| EEE | 1/15/03 email from Karen Sommerlad of FORA to MacDonnell, TPL-KUN02483 |
| FFF | 3/31/03 email from Chris LaPointe to MacDonnell, TPL-KUN03257-3259 |
| GGG | 3/31/03 email from Ross Perry to MacDonnell, TPL-KUN03260 |
| HHH | 4/25/03 email from Heather Wiggins to Chris LaPointe, TPL-KUN03405 |
| III | 3/13/03 email from MacDonnell to David Cobb of FORA, TPL-KUN03031 |
| JJJ | Stow Municipal Campaign, TPL-KUN02417 |
| KKK | Stow Municipal Campaign, TPL-KUN02416 |
| LLL | 4/10/03 email from Bob Wilber to MacDonnell, TPL-KUN02665 |
| MMM | 5/07/03 email from Chris LaPointe to MacDonnell, TPL-KUN02687 |
| NNN | 2/25/03 email from Ross Perry to MacDonnell, TPL-KUN02794 |

| Exhibit | Document description |
|---------|----------------------|
| OOO | 4/03/03 email from Bob Wilber to MacDonnell, TPL-KUN01212 |
| PPP | 4/29/03 email from MacDonnell to Bob Wilber, TPL-KUN03440-42 |
| QQQ | 5/01/03 email from Bob Wilber to MacDonnell, TPL-KUN03459-61 |
| RRR | 5/01/03 email from MacDonnell to Bob Wilber, TPL-KUN03462-64 |
| SSS | Town Meeting Remarks with handwritten notes, KUN-TPL01427 |
| TTT | Kunelius Farm Project Strategy Meeting 7/21/03, KUN-TPL01575-1579 |
| UUU | 9/04/03 email from Ross Perry to MacDonnell, KUN-TPL01683 |
| VVV | 1/05/03 letter from MacDonnell to Ross Perry, KUN-TPL01916-1919 |
| WWW | 2/25/03 email from Ross Perry to MacDonnell, TPL-KUN02586-2590 |
| XXX | Handwritten notes, TPL-KUN01256 |
| YYY | 1/31/03 email from Valerie Talmage, TPL-KUN02776-77 |
| ZZZ | 2/10/03 letter from Town Counsel, KUN428-429 |
| AAAA | 7/27/03 letter from FORA to MacDonnell, TPL-KUN00193-95 |
| BBBB | 12/17/02 letter from Peter Christianson of FORA, TPL-KUN01309 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Marilyn Kunelius

V.                                              CASE NO. 05-11697-GAO

The Town of Stow, et al.

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Exhibits A - BBBB to Attachment 1 to the Motion for Leave to File (doc. #65)

The original documents are maintained in the case file in the Clerk's Office.

10/17/2007                                      /s/Michael C. McLaughlin, Esq.
        Date                                    Attorney for

                                                The Plaintiff, Marilyn Kunelius

(Notice of Filing.wpd  - 7/03)

LAW OFFICES OF

**MICHAEL C. MCLAUGHLIN**

ONE BEACON STREET
33RD FLOOR
BOSTON, MA 02108
(617) 227-2275
FACSIMILE (617) 722-9999

FILED
IN CLERKS OFFICE

2007 OCT 18 P 3: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

October 18, 2007

United States District Court
District of Massachusetts
1 Courthouse way
Boston, MA 02210

**Attn: Eugenia Edge**

      Re:    Marilyn Kunelius v. The Town of Stow et al,
              Civil Action No.: 05- 11697-GAO

Dear Ms. Edge:

      Per my office's telephone conversation with you yesterday, my office informed you that it encountered difficulties in the filing of Exhibits to the Plaintiff's Memorandum (filed as Attachment 1 to a Motion for Leave to File a Memorandum Exceeding 25 pages). You have advised my office to file the Exhibits in question conventionally.

      Exhibits to the Plaintiff's Motions for Summary Judgment are also voluminous as those to the Memorandum, as a result my office filed with the Court a Notice of Conventional filing of Exhibits to the Plaintiff's Summary Judgment Motions, which are identical to all Motions. Thus, only one copy is provided to the Court.

      Enclosed for filing, in the above-referenced matter, please find:

1. Notice of Conventional Filing of Exhibits A-BBBB to Attachment 1 to the Motion for Leave to File a Memorandum Exceeding 25 pages with a hard copy of the Exhibits; and

2. Notice of Conventional Filing of Exhibits A – FFF to the Plaintiff's Summary Judgment Motions against the Trust for Public Land, The Town of Stow, Craig A. MacDonnell, with a hard copy of the Exhibits.

      Thank you for you attention to this matter.

      Should you have any questions, please do not hesitate to call. Kindly please date/time stamp the enclosed copy of this letter and return them with the courier.

                                    Sincerely,

                                    Michael C. McLaughlin

Enclosures

Cc:   Richard A. Oetheimer, Esq.
       Deborah I. Ecker, Esq.