UNITED STATES DISTRICT COURT
(DISTRICT OF MASSACHUSETTS)

CIVIL ACTION NO. 05-11697-GAO

MARILYN KUNELIUS,
                    PLAINTIFF,

V.

TOWN OF STOW separately, A
PARTNERSHIP OF UNKNOWN NAME
BETWEEN TOWN OF STOW and THE
TRUST FOR PUBLIC LAND, THE
TRUST FOR PUBLIC LAND separately
and CRAIG A. MACDONNELL, in his
individual capacity,
                    DEFENDANTS.

**PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
EXHIBITS LIST**

| Exhibit | Document |
|---------|----------|
| A | TPL 30(b)(6) deposition (Stookey), Vol. I |
| B | 2/11/03 letter from MacDonnell to Stow, KUN0482-484 |
| C | MacDonnell deposition |
| D | Furman deposition, Vol. I |
| E | Affidavit of Kunelius |
| F | MacDonnell's handwritten notes, TPL-KUN01167 |
| G | Kunelius deposition, Vol. I |
| H | Affidavit of Kachajian |
| I | Kachajian deposition |
| J | 2/25/03 email from Ross Perry to MacDonnell, TPL-KUN02586 |
| K | Perry deposition |
| L | 2/10/03 letter from Town Counsel to Stow, KUN428-429 |
| M | Kunelius deposition, Vol. II |
| N | TPL Project Fact Sheet, TPL-KUN00372-386 |
| O | 3/19/03 email from MacDonnell to Serena Furman, TPL-KUN03075 |

| Exhibit | Document |
|---------|----------|
| P | Sommerlad deposition |
| Q | Furman deposition, Vol. II |
| R | 1/09/03 email from Serena Furman of FORA to MacDonnell, TPL-KUN01231 |
| S | 1/21/03 email from MacDonnell to Peter Christianson of FORA, TPL-KUN2771-2773 |
| T | Kunelius Farm Draft Zoning and Subdivision Issues/ Questions, TPL-KUN01943 |
| U | 5/16/03 email from Karen Sommerlad to Linda Hathaway, TPL-KUN02036-2041 |
| V | 1/29/03 email from Karren Sommerlad of FORA to MacDonnell, TPL-KUN02494-2495 |
| W | 2/04/03 email from Karen Sommerlad of FORA to Michael Labosky of FORA, TPL-KUN02499-2500 |
| X | 2/04/03 email from Karen Sommerald of FORA to MacDonnell, TPL-KUN02510-2513 |
| Y | 2/06/03 email from Karen Sommerald of FORA to Donna M. Jacobs, TPL-KUN02536-2537 |
| Z | 2/06/03 email from Donna M. Jacobs to Karen Sommerlad of FORA, TPL-KUN02543-2546 |
| AA | Handwritten notes, TPL-KUN01260-1262 |
| BB | TPL Project Fact Sheet, TPL-KUN01124-1138 |
| CC | 2/03/03 email from Ann Cole to MacDonnell, TPL-KUN01149-1150 |
| DD | 5/19/03 letter from Daniel V. Calano to MacDonnnell, TPL-KUN01317-1318 |
| EE | 1/13/03 email from Ruth Kennedy to MacDonnell, TPL-KUN02476 |
| FF | 3/10/03 email from Karen Sommerlad of FORA to Chris LaPointe, TPL-KUN02895 |
| GG | 3/20/03 email Peter Christianson of FORA to MacDonnell,TPL-KUN02645-2648 |
| HH | 3/27/03 email from MacDonnell to Chris LaPointe, TPL-KUN03201-3203 |
| II | Stow's Application to the DCHD, KUN0336-411 |
| JJ | 4/28/03 email from MacDonnell to Ross Perry, TPL-KUN03428 |
| KK | TPL 30(b)(6) deposition (Stookey), Vol. II |
| LL | Handwritten notes of MacDonnell, TPL-KUN01803 |
| MM | 5/02/03 email from Denise Pelletier, TPL-KUN03486-3491 |
| NN | 5/09/03 email from Stookey to MacDonnell, TPL-KUN03523-3525 |

| Exhibit | Document |
|---|---|
| OO | 7/31/03/ email from MacDonnell to Michael Labosky of FORA, TPL-KUN03667-3669 |
| PP | 6/18/03 email from MacDonnell to Peter Christianson of FORA, TPL-KUN03633 |
| QQ | 7/10/03 letter from Town Counsel to MacDonnell, TPL-KUN01825 |
| RR | 7/23/03 email from MacDonnell to Karen Sommerlad of FORA, TPL-KUN03684-3685 |
| SS | 8/01/03 email from MacDonnell to FORA, TPL-KUN03689 |
| TT | 8/05/03 email from Valerie Talmage to MacDonnell, TPL-KUN03691-3693 |
| UU | 8/19/03 letter from Karen Sommerlad of FORA to MacDonnell, TPL-KUN01681-82 |
| VV | Norris deposition |
| WW | Affidavit of Norris |
| XX | Boothroyd deposition |
| YY | Affidavit of Boothroyd |
| ZZ | 7/06/04 letter from MacDonnell to Peter A. Kachajian |
| AAA | Town Meeting Remarks, TPL-KUN01095-1103 |
| BBB | Handwritten notes of MacDonnell, TPL-KUN01255 |
| CCC | 4/01/03 letter from MacDonnell letter to the DHCD |
| DDD | 2003 Annual Report of TPL, WB00329-347, |
| EEE | 9/30/03 email from FORA to Ross Perry, TPL-KUN1621 |
| FFF | 7/23/07 email from Peter Christianson of FORA to FORA, Furman0087 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Marilyn Kunelius
_____

V.

CASE NO. _____
05-11697-GAO

The Town of Stow, et al.
_____


NOTICE OF FILING WITH CLERK'S OFFICE


Notice is hereby given that the documents, exhibits or attachments listed below

have been manually filed with the Court and are available in paper form only:

Exhibits A - FFF to all Summary Judgment Motions (doc. ## 61-64)




The original documents are maintained in the case file in the Clerk's Office.


10/17/2007
_____
Date

/s/Michael C. McLaughlin, Esq.
_____
Attorney for

The Plaintiff, Marilyn Kunelius
_____

_____

_____

(Notice of Filing.wpd - 7/03)

LAW OFFICES OF

MICHAEL C. McLAUGHLIN
ONE BEACON STREET
33RD FLOOR
BOSTON, MA 02108
(617) 227-2275
FACSIMILE (617) 722-9999

FILED
IN CLERKS OFFICE

2007 OCT 18 P 3: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

October 18, 2007

United States District Court
District of Massachusetts
1 Courthouse way
Boston, MA 02210

**Attn: Eugenia Edge**

> Re:    Marilyn Kunelius v. The Town of Stow et al,
>        Civil Action No.: 05- 11697-GAO

Dear Ms. Edge:

Per my office's telephone conversation with you yesterday, my office informed you that it encountered difficulties in the filing of Exhibits to the Plaintiff's Memorandum (filed as Attachment 1 to a Motion for Leave to File a Memorandum Exceeding 25 pages). You have advised my office to file the Exhibits in question conventionally.

Exhibits to the Plaintiff's Motions for Summary Judgment are also voluminous as those to the Memorandum, as a result my office filed with the Court a Notice of Conventional filing of Exhibits to the Plaintiff's Summary Judgment Motions, which are identical to all Motions. Thus, only one copy is provided to the Court.

Enclosed for filing, in the above-referenced matter, please find:

1. Notice of Conventional Filing of Exhibits A-BBBB to Attachment 1 to the Motion for Leave to File a Memorandum Exceeding 25 pages with a hard copy of the Exhibits; and

2. Notice of Conventional Filing of Exhibits A – FFF to the Plaintiff's Summary Judgment Motions against the Trust for Public Land, The Town of Stow, Craig A. MacDonnell, with a hard copy of the Exhibits.

Thank you for you attention to this matter.

Should you have any questions, please do not hesitate to call. Kindly please date/time stamp the enclosed copy of this letter and return them with the courier.

Sincerely,

Michael C. McLaughlin

Enclosures

Cc:    Richard A. Oetheimer, Esq.
       Deborah I. Ecker, Esq.