UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11697GAO

MARILYN KUNELIUS

     Plaintiff,

     v.

TOWN OF STOW, separately, A
PARTNERSHIP OF UNKNOWN NAME
BETWEEN TOWN OF STOW and the TRUST
FOR PUBLIC LAND, THE TRUST FOR
PUBLIC LAND separately and CRAIG A.
MACDONNELL, in his individual capacity

     Defendants

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for the Defendant Town of Stow has conferred with

Michael McLaughlin, attorney for the Plaintiff, by telephone in a good faith attempt to

resolve or narrow the issues raised by the instant motion, and that we have been unable

to do so.

Respectfully submitted,
The Defendant,
The Town of Stow,
By its attorneys,

*/s/ Deborah I. Ecker*
Deborah I. Ecker, BBO# 554623
Deidre Brennan Regan, BBO# 552432
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: October 17, 2007

1