UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Marilyn Kunelius

V.   CASE NO. 1:05-cv-11697-GAO

Town of Stow, et al.

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Exhibits A-BBBB to the Plaintiff's Memorandum (doc. #79) were filed conventionally on October 18, 2007 (See doc. #66).

The original documents are maintained in the case file in the Clerk's Office.

10/25/07       /s/Michael C. McLaughlin, Esq.
Date           Attorney for
               the Plaintiff, Marilyn Kunelius

(Notice of Filing.wpd - 7/03)