NITED STATES DISTRICT COURT
(DISTRICT OF MASSACHUSETTS)

CIVIL ACTION NO. 05-11697-GAO

MARILYN KUNELIUS,
            PLAINTIFF,

V.

TOWN OF STOW separately, A PARTNERSHIP OF UNKNOWN NAME BETWEEN TOWN OF STOW and THE TRUST FOR PUBLIC LAND, THE TRUST FOR PUBLIC LAND separately and CRAIG A. MACDONNELL, in his individual capacity,
            DEFENDANTS.

**PLAINTIFF'S NOTICE TO THE COURT**

NOW COMES the Plaintiff's with this Notice the Court concerning her Memorandum in Support of her various Motions for Summary Judgment with 92 Exhibits. It has come the Plaintiff's attention that 18 Exhibits to her Memorandum were incorrectly referenced in the Memorandum. The correct sequence of those Exhibits, including page reference and document description is listed below. In addition to the incorrect references to Exhibits in the Memorandum, the Plaintiff notes that on page 8 of her Memorandum, she incorrectly refers to MacDonnell's deposition as "Exh. K, TPL 30(b)(6) deposition, Vol. I". This reference should be read as "Exh. A, MacDonnell deposition, Vol. I.".

| Page # | Document description | Exhibit # referenced in Memorandum | Exhibit # in Plaintiff's Exhibits List to the Memorandum |
|---|---|---|---|
| **p. 29** | | | |
| | KUN421 | NN | **LL** |
| | KUN422 | NN | **LL** |
| | TPL-KUN2525 | OO | **MM** |
| | KUN420 | PP | **NN** |
| | TPL-KUN02666 | QQ | **OO** |
| **p. 30** | | | |
| | TPL-KUN03407 | RR | **PP** |
| | TPL-KUN03428 | SS | **QQ** |
| **p. 31** | | | |
| | Perry deposition | TT | **RR** |
| **p. 35** | | | |
| | Furman deposition | LL | **JJ** |
| | TPL-KUN1681 | JJ | **HH** |
| **p. 36** | | | |
| | Norris deposition | UU | **SS** |
| **p. 39** | | | |
| | TPL-KUN02765 | VV | **TT** |
| | TPL-KUN01710 | WW | **UU** |
| **p. 40** | | | |
| | TPL-KUN03682 | XX | **VV** |
| | TPL-KUN03668 | YY | **WW** |
| | TPL 30(b)(6) deposition (Stookey), Vol. II | DD | **BB** |
| | Letter of MacDonnell to DHCD re: $70 million in lines of credits | BB | **Z** |
| **p. 41** | | | |
| | TPL-KUN01124-37 | ZZ | **M** |
| | TPL-KUN01129 | ZZ | **M** |
| | TPL-KUN01133 | ZZ | **M** |
| **p. 42** | | | |
| | TPL-KUN01135 | ZZ | **M** |

                    Respectfully submitted,

                    Marilyn Kunelius,

                    By her Attorney,

Dated: November 15, 2007    By:    */s/ Michael C. McLaughlin*
                                            Michael C. McLaughlin BBO# 337350
                                           Law Offices of Michael C. McLaughlin
                                           One Beacon Street, 33rd Floor
                                           Boston, MA 02108
                                           617-227-2275
                                           michaelcmclaughlin@speakeasy.net

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 15, 2007.

                                                      */s/ Michael C. McLaughlin*
                                                      Michael C. McLaughlin