UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARILYN KUNELIUS,

    Plaintiff,

v.

TOWN OF STOW, et al.

    Defendants.

Civil Action No. 05-11697-GAO

### DEFENDANTS' OMNIBUS MOTION TO STRIKE PORTIONS OF PLAINTIFF'S EVIDENCE OFFERED IN SUPPORT OF PLAINTIFF'S MOTIONS FOR SUMMMARY JUDGMENT

Defendants The Trust for Public Land ("TPL") and Craig A. MacDonnell ("MacDonnell") hereby move to strike the following pieces of evidence offered by Plaintiff Marilyn Kunelius in support of her motions for summary judgment. As set forth at length in TPL and MacDonnell's supporting Memorandum of Law, the following evidence constitutes testimony without a basis in personal knowledge, inadmissible lay opinion, impermissible hearsay, documents that have not been authenticated, and other material contravening the evidentiary requirements of Rule 56.

**Affidavit of Plaintiff Marilyn Kunelius**

| | |
|---|---|
| **Kunelius Aff. ¶ 2(d)** | **Objection** |
| ___ Objection sustained  ___ Objection overruled | No personal knowledge, impermissible lay opinion |
| **Kunelius Aff. ¶ 3** | **Objection** |
| ___ Objection sustained  ___ Objection overruled | No personal knowledge, impermissible lay opinion |

| **Kunelius Aff. ¶ 8** | **Objection** |
|---|---|
| ___ Objection sustained ___ Objection overruled | No personal knowledge, impermissible lay opinion |

**Affidavit of Peter Kachajian**

| **Kachajian Aff. ¶ 8** | **Objection** |
|---|---|
| ___ Objection sustained ___ Objection overruled | Hearsay |
| **Kachajian Aff. ¶ 11** | **Objection** |
| ___ Objection sustained ___ Objection overruled | Hearsay |

**Plaintiff's Appendices**

| **Pl. Mot. Ex. D, Mem. Ex. JJ – Serena Furman's Deposition Testimony Regarding TPL's Conduct (Dep. Tr. Vol. I 110:4-9)[1]** | **Objection** |
|---|---|
| ___ Objection sustained ___ Objection overruled | Irrelevant, conclusory statement, impermissible lay opinion, not qualified as an expert |

---

[1] As noted elsewhere in TPL's filings, Plaintiff has unaccountably filed two appendices on summary judgment—one in support of her motions for summary judgment, and one in support of her memorandum of law. Consequently, there is no unique identifier for each of Plaintiff's exhibits. Throughout TPL's submissions, exhibits from Plaintiff's Motion Appendix are designated "Mot. Ex." and those from her Memorandum Appendix are designated "Mem. Ex."

2

| | |
|---|---|
| **Pl. Mot. Ex L, Mem. Ex. ZZZ –** <br> **The Jacob Diemert Letter** <br> **KUN428-429** | **Objection** |
| ___ Objection sustained ___ Objection overruled | Hearsay |
| **Pl. Mem. Ex. DD –** <br> **The Beacon Villager Article** <br> **TPL-KUN01488** | **Objection** |
| ___ Objection sustained ___ Objection overruled | Hearsay |
| **Complaint Ex. 6 –** <br> **The Jones Memorandum** | **Objection** |
| ___ Objection sustained ___ Objection overruled | Irrelevant, not properly authenticated |
| **Pl. Mot. Ex. DD, Mem. Ex. J –** <br> **The Appraisal Letter** <br> **TPL-KUN 01317-01318** | **Objection** |
| ___ Objection sustained ___ Objection overruled | Hearsay, not properly authenticated, lacks foundation |
| **Pl. Mot. Ex. D, Mem. Ex. JJ –** <br> **Serena Furman's Deposition Testimony** <br> **Regarding Fundraising** <br> **(Dep. Tr. Vol. I 151:21-152:6)** | **Objection** |
| ___ Objection sustained ___ Objection overruled | No personal knowledge |
| **Pl. Mot. Ex. EEE, Mem. Ex. FF –** <br> **FORA Letter** <br> **TPL-KUN 01621-01622** | **Objection** |
| ___ Objection sustained ___ Objection overruled | Hearsay |
| **Pl. Mot. Ex. FFF, Mem. Ex. EE –** <br> **Christianson Email** <br> **FURMAN 00087-00089** | **Objection** |
| ___ Objection sustained ___ Objection overruled | Hearsay |

LIBA/1846329.1

In further support of this motion, TPL and MacDonnell submit the attached Memorandum of Law. For the reasons explained therein, the above-listed evidence is inadmissible and must be stricken from the record.

>Respectfully submitted,
>
>THE TRUST FOR PUBLIC LAND and
>CRAIG A. MACDONNELL
>
>By their attorneys,
>
>*/s/ Richard A. Oetheimer*
>Richard A. Oetheimer (BBO # 377665)
>Patricia M. Murphy (BBO # 665056)
>Goodwin Procter LLP
>Exchange Place
>Boston, MA 02109
>(617) 570-1000

Dated: November 16, 2007

## CERTIFICATION UNDER LOCAL RULE 7.1 AND CERTIFICATE OF SERVICE

I, Richard Oetheimer, hereby certify that counsel for The Trust for Public Land and Craig MacDonnell attempted to confer with Michael McLaughlin, counsel for Plaintiff, in a good faith attempt to narrow the issues in this motion prior to its filing, but was unable to reach him.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 16, 2007.

>*/s/ Richard Oetheimer*
>Richard Oetheimer